**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

KENNETH IMHOTEP VAUGH BEY,

    Plaintiff,

v.

JULIO RODRIGUEZ-RODRIGUEZ,

    Defendants.

2:21-cv-02045-APG-VCF

**ORDER**

    Before the Court is *Kenneth Imhotep Vaugh Bey v. Julio Rodriguez-Rodriguez*, case number 2:21-cv-02045-APG-VCF. (ECF No. 1).

    Under 28 U.S.C. § 1914(a), a filing fee is required to commence a civil action in federal court.

    Plaintiff has not complied with 28 U.S.C. § 1914(a). No complaint commencing this action has been filed. The filing fee has not been paid. Plaintiff must pay the full filing fee for each case that he seeks to open or file an application to proceed *in forma pauperis*. Plaintiff was ordered to pay the filing fee by January 6, 2022, or file an application to proceed *in forma pauperis*. (ECF No. 3). The time has passed and Plaintiff has not paid the filing fee or file an application to proceed *in forma pauperis*.

    Accordingly,

    The Clerk of Court is directed to administratively close this case.

    DATED this 7th day of March 2022.

                                                        _____

                                                        CAM FERENBACH
                                                        UNITED STATES MAGISTRATE JUDGE